# EXHIBIT B



La présence d'écrans plats de télévision dans les chambres des détenus est un des avantages de la prison de Halden.

Les prisonniers passent le plus clair de leur temps en dehors de leurs cellules: l'exercice physique est encouragé. À Halden, en plus de l'air pur, les détenus bénéficient d'entraîneurs personnels. Sur la photo, une coach court à côté d'un détenu dans la cour de la prison. Selon le magazine Time, la prison s'étend sur plus de 30 hectares «*de bois en pente douce... Pour*



Les détenus disposent d'une cuisine commune et d'un salon. Certaines pièces communes sont conçues comme des lieux d'échanges entre détenus et gardiens pour qu'ils se rencontrent, passent du temps ensemble.

La prison est fière de posséder un gymnase dernier cri, avec mur d'escalade.

