**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:19-cv-00438-FL**

ALESSANDRO MASI,
    *Plaintiff*,

- vs -

MYTHICAL ENTERTAINMENT

    *Defendant.*
_____/

# PLAINTIFF'S MOTION FOR 30-DAY EXTENSION OF TIME TO RETAIN LOCAL COUNSEL AND TO FILE NOTICE OF SPECIAL APPEARANCE PURSUANT TO L.R. 83.1(d)-(e)

Pursuant to Local Rule 6.1(a), Plaintiff Alessandro Masi, via counsel, respectfully requests a thirty (30) day extension of time to comply with Local Rule 83.1(d)-(e).

Defendant has not made a notice of appearance and therefore Plaintiff is unable to confer with opposing counsel at this juncture.

Good cause exists because Mr. Liebowitz is an out-of-state attorney and needs reasonable time to retain local co-counsel.

    Respectfully Submitted:

    Richard P. Liebowitz
    Liebowitz Law Firm, PLLC
    11 Sunrise Plaza, Suite 305
    Valley Stream, NY 11580
    516-233-1660

Fax: 516-612-2740  
RL@LiebowitzLawFirm.com