UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF NORTH CAROLINA WESTERN
DIVISION

CASE NO. 5:19-cv-00438-FL

ALESSANDRO MASI,
    *Plaintiff*,

- vs -

MYTHICAL ENTERTAINMENT

    *Defendant.*

_____/

# [PROPOSED] ORDER

UPON GOOD CAUSE SHOWN, Plaintiff Alessandro Masi's motion for for 30-day extension of time to retain local counsel and to file notice of special appearance pursuant to l.r. 83.1(d)-(e) is hereby GRANTED.

SO ORDERED                                Dated: October __, 2019

_____

Louise Wood Flanagan (U.S.D.J.)