# INDEX OF EXHIBITS

Exhibit A:  Copyrighted Photograph

Exhibit B: Screenshots from Slate, an authorized licensee

Exhibit C: Screenshots of Defendant's Infringing Use

Exhibit D: Requested Summons

Exhibit E: Civil Cover Sheet

Exhibit F: Copyright Notice Form A0-121