UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALESSANDRO MASI,<br><br>          Plaintiff,<br><br>- against -<br><br>MYTHICAL ENTERTAINMENT<br><br>          Defendant. | Docket No. 5:19-cv-438-FL |

## NOTICE OF CURED DEFICIENCIES

PLEASE TAKE NOTICE THAT, as of October 10, 2019, all Notices of Deficiencies in this action have been cured.

Dated: October 10, 2019
Valley Stream, New York

Respectfully Submitted:

Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Fax: 516-612-2740
Email: RL@LiebowitzLawFirm.com