UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALESSANDRO MASI,<br><br>                         Plaintiff,<br><br>- against -<br><br>MYTHICAL ENTERTAINMENT<br><br>                         Defendant. | Docket No. 5:19-cv-438<br><br>**NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned Richard P. Liebowitz hereby enters a notice of special appearance as counsel for Alessandro Masi in the above-captioned matter, in association with Local Civil Rule 83.1 (d) counsel, Al Allan.

                                                                       By:/s/Richard Liebowitz
                                                                             Richard Liebowitz
                                                                             Liebowitz Law Firm, PLLC
                                                                             11 Sunrise Plaza, Suite 305
                                                                             Valley Stream, New York 11580
                                                                             516-233-1660
                                                                             RL@LiebowitzLawFirm.com
                                                                             NY Bar No. RL1234
                                                                             *Attorney for Alessandro Masi*

                                                                       By: _____
                                                                             Albert P. Allan
                                                                             Allan Law Firm, PLLC
                                                                             409 East Boulevard
                                                                             Charlotte, NC 28203
                                                                             AlAllan@AllanIPLitigation.com
                                                                             704-371-5605

                                 *Local Civil Rule 83.1(d) Counsel for Alessandro Masi*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October, 2019, I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE OF RICHARD LIEBOWITZ with the Clerk of Court using the CM/ECF system. Once Defendant appears, I will serve this upon them.

    By:/s/Richard Liebowitz
    Richard Liebowitz
    Liebowitz Law Firm, PLLC
    11 Sunrise Plaza, Suite 305
    Valley Stream, New York 11580
    516-233-1660
    RL@LiebowitzLawFirm.com
    NY Bar No. RL1234
    *Attorney for Alessandro Masi*