IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:19-cv-438-FL

| | |
|---|---|
| ALESSANDRO MASI, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) **NOTICE OF APPEARANCE** |
| MYTHICAL ENTERTAINMENT, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

TAKE NOTICE that Christopher M. Thomas of the law firm Parker Poe Adams & Bernstein LLP, member in good standing of the North Carolina bar and admitted to practice before this Court, hereby enters his appearance on behalf of Defendant Mythical Entertainment as Local Civil Rule 83.1 counsel in this action. By this Notice of Appearance, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 29th day of October, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Local Rule 83.1 Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to the following:

Albert P. Allan
Allan Law Firm PLLC
409 East Boulevard
Charlotte, NC 28203
alallan@allaniplitigation.com

Richard P. Liebowitz
Libowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@Liebowitzlawfrim.com
*Counsel for Plaintiff*

This 29th day of October, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. State Bar No. 31834
christhomas@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
*Local Rule 83.1 Counsel for Defendant*