IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ALESSANDRO MASI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:19-CV-438-FL |
| | ) | |
| MYTHICAL ENTERTAINMENT, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STEVE SANDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:19-CV-345-FL |
| | ) | |
| EPICSTREAM, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

Attorney Richard P. Liebowitz has entered notices of special appearance in each of the above-captioned cases.

Mr. Liebowitz is not a member of the bar of this court, but is permitted to practice in this district pursuant to Local Civil Rule 83.1(e). That rule allows an attorney who is not a member of the bar of this court to practice in this district for a particular case, by associating local counsel and filing a notice of special appearance. See Local Civil Rule 83.1(e)(1). The number of cases in which an out-of-district attorney may make a special appearance is not, however, unlimited. Local Civil Rule 83.1(e) specifically provides:

> A special appearance is not a substitute for admission to the bar of this court, but rather is intended to facilitate occasional appearances only. Unless otherwise ordered for good cause shown, no attorney may be admitted pursuant to Local Civil Rule 83.1 in more than three unrelated cases in any twelve-month period, nor may any attorney be admitted pursuant to Local Civil Rule 83.1 in more than three unelated cases at any one time.

Local Civil Rule 83.1(e)(5).

In addition to the above-captioned cases, Mr. Liebowitz has made special appearances in four other unrelated cases in this district in this calendar year. See Beasley v. Caron Commc'ns Group, Inc., 5:19-CV-54-BO; Martez v. Gryppers, Inc., 5:19-CV-140-BO; Bradley v. Analytical Grammar, Inc., 5:19-CV-249-FL; Adlife Mktg. & Commc'ns Co., Inc. v. Carlie C's Operation Ctr. Inc., 5:19-CV-405-BO. This contravenes Local Civil Rule 83.1(e). Accordingly, Mr. Liebowitz is ORDERED TO SHOW CAUSE, on or before November 13, 2019, why he should not be disqualified from representing the plaintiff in each of the above-captioned actions.

SO ORDERED, this 29th day of October, 2019.

LOUISE W. FLANAGAN
United States District Judge

2