**INDEX OF EXHIBITS**

Exhibit A:  Copyrighted Photograph

Exhibit B: Screenshots from Slate, an authorized licensee

Exhibit C: Screenshots of Defendant's Infringing Use