# EXHIBIT C









Case 5:19-cv-00438-FL   Document 13-1   Filed 11/20/19   Page 3 of 3