*Alessandro Masi*
*v.*
*Mythical Entertainment*
5:19-cv-438-FL


MOTION TO DISMISS THE FIRST AMENDED COMPLAINT


# EXHIBIT 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = masi alessandro
Search Results: Displaying 15 of 18 entries



*Halden Luxury Prison - Norway.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001996957 / 2015-12-14 |
| **Application Title:** | Halden Luxury Prison - Norway. |
| **Title:** | Halden Luxury Prison - Norway. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Alessandro Masi, 1981- . Address: 6 Balmoral Road, London, NW25DY, United Kingdom. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-10-01 |
| **Nation of First Publication:** | Norway |
| **Authorship on Application:** | Alessandro Masi, 1981- ; Domicile: United Kingdom; Citizenship: Italy. Authorship: photograph. |
| **Rights and Permissions:** | Alessandro Masi, 6 Balmoral Road, London, NW25DY, United Kingdom, (447) 557-3430 x17, alex@alexmasi.co.uk |
| **Copyright Note:** | Basis for Registration: Unit of publication |
| **Names:** | [Masi, Alessandro, 1981-](#) |





Help   Search   History   Titles   Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page