*Alessandro Masi*
*v.*
*Mythical Entertainment*
5:19-cv-438-FL

MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

# EXHIBIT 2

https://www.youtube.com/watch?v=NxoU2HrXzpU Go
9 captures
10 Apr 2015 - 15 Nov 2019
FEB MAY MAY
14
2015 2016 2019
About this capture

Up next Autoplay

Strangest Things Left in Wills
Good Mythical Morning
3,029,715 views
11:17

Living 30 Years In Isolation
Good Mythical Morning
2,674,227 views
13:34

The Worst Ad Campaigns Ever
Good Mythical Morning
2,173,395 views
10:57

The Unluckiest Man on Earth
Good Mythical Morning
3,605,247 views
10:52

Good Mythical Morning - Season 7
Good Mythical Morning
136 VIDEOS

Ridiculously Expensive Everyday Items
Good Mythical Morning
5,416,815 views
11:14

People Stuck In Strange Places
Good Mythical Morning
2,637,694 views
12:20

People Fired Because of Social Media
Good Mythical Morning
3,324,246 views
12:23

5 Bonkers Summer Camps
Good Mythical Morning
2,631,177 views
10:50

4 Astonishing Prison Escapes
Good Mythical Morning
2,513,394 views
11:50

6 Ways To Cool A Hot Mouth (EXPERIMENT)
Good Mythical Morning
5,925,685 views
14:10

People with Shocking Things Living Inside of Them
Good Mythical Morning
4,161,602 views
12:03

Will It Shoe?
Good Mythical Morning
11,424,285 views
14:46

# The Most Luxurious Prison in The World

Good Mythical Morning
Subscribe 10,343,806
4,075,279 views

Add to Share More 54,979 1,888

**Published on Apr 10, 2015**
Sometimes being locked up can be a luxurious experience. GMM #661!
Try Vessel for a month for free on us: http://Vessel.com/rhettandlink
Good Mythical MORE: http://youtu.be/qxDUj6YX4KE

SHOW MORE

Loading...

