*Alessandro Masi*
*v.*
*Mythical Entertainment*
5:19-cv-438-FL

MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

# EXHIBIT 4

# PACER Case Locator

**Search Criteria:** Party Search; Last Name: [Masi]; First Name: [Alessandro]
**Result Count:** 21

| Party Name | Case Number | Case Title | Court | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| Masi, Alessandro (pla) | 3:2019cv06099 | Masi v. The Young Turks, Inc. | California Northern District Court | 820 | 09/25/2019 | |
| Masi, Alessandro (pla) | 4:2018cv01007 | Masi et al v. Turtleback Books, Inc. | Missouri Eastern District Court | 820 | 06/20/2018 | 09/27/2018 |
| Masi, Alessandro (pla) | 4:2018cv01759 | Masi v. Gateway Blend, LLC | Missouri Eastern District Court | 820 | 10/15/2018 | 03/12/2019 |
| Masi, Alessandro (pla) | 2:2019cv00031 | Masi v. Mythical Entertainment | North Carolina Eastern District Court | 820 | 09/30/2019 | 10/02/2019 |
| Masi, Alessandro (pla) | 5:2019cv00438 | Masi v. Mythical Entertainment | North Carolina Eastern District Court | 820 | 09/30/2019 | |
| Masi, Alessandro (pla) | 1:2017cv03207 | Masi v. The Slate Group LLC | New York Eastern District Court | 820 | 05/26/2017 | 07/19/2017 |
| Masi, Alessandro (pla) | 1:2019cv03935 | Masi v. Joong-Ang Daily News California, Inc. | New York Eastern District Court | 820 | 07/08/2019 | 09/17/2019 |
| Masi, Alessandro (pla) | 1:2019cv05200 | Masi v. Inquisitr, Ltd. | New York Eastern District Court | 820 | 09/11/2019 | |
| Masi, Alessandro (pla) | 1:2016cv04906 | Masi v. Yahoo! Inc. | New York Southern District Court | 820 | 06/23/2016 | 04/05/2017 |
| Masi, Alessandro (pla) | 1:2016cv08484 | Masi v. Vox Media, Inc. | New York Southern District Court | 820 | 11/01/2016 | 03/01/2017 |
| Masi, Alessandro (pla) | 1:2017cv00749 | Masi v. Penguin Random House LLC | New York Southern District Court | 820 | 01/31/2017 | 05/09/2017 |
| Masi, Alessandro (pla) | 1:2017cv01553 | Masi v. Buzzfeed, Inc. | New York Southern District Court | 820 | 03/01/2017 | 02/12/2018 |
| Masi, Alessandro (pla) | 1:2017cv03126 | Masi v. Rediff.com, Inc. | New York Southern District Court | 820 | 04/28/2017 | 10/17/2017 |
| Masi, Alessandro (pla) | 1:2017cv04195 | Masi v. Participant Media No Holdings, LLC | New York Southern District Court | 820 | 06/05/2017 | 08/03/2017 |
| Masi, Alessandro (pla) | 1:2017cv09044 | Masi et al v. Turtleback Books, Inc. | New York Southern District Court | 820 | 11/20/2017 | 05/29/2018 |
| Masi, Alessandro (pla) | 1:2017cv09216 | Masi v. Chinese Media Net, Inc. | New York Southern District Court | 820 | 11/22/2017 | 02/16/2018 |
| Masi, Alessandro (pla) | 1:2017cv10059 | Masi v. NetEase Information Technology Corporation | New York Southern District Court | 820 | 12/22/2017 | 03/14/2018 |
| Masi, Alessandro (pla) | 1:2018cv02402 | Masi v. Moguldom Media Group LLC | New York Southern District Court | 820 | 03/19/2018 | 08/19/2019 |
| Masi, Alessandro (pla) | 1:2018cv08229 | Masi v. Daniel J. Edelman Holdings, Inc. | New York Southern District Court | 820 | 09/10/2018 | 11/13/2018 |
| Masi, Alessandro (pla) | 1:2018cv11587 | Masi v. Scripps Media, Inc. | New York Southern District Court | 820 | 12/11/2018 | 01/08/2019 |
| Masi, Alessandro (pla) | 6:2019cv06058 | Masi v. Sinclair Television Group, Inc. | New York Western District Court | 820 | 01/18/2019 | 08/14/2019 |