IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:19-cv-00438-FL

| | |
|---|---|
| ALESSANDRO MASI,<br><br>      Plaintiff,<br><br>vs.<br><br>MYTHICAL ENTERTAINMENT<br><br>      Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## DEFENDANT MYTHICAL ENTERTAINMENT'S
## MOTION TO DISQUALIFY RICHARD P. LIEBOWITZ

Defendant Mythical Entertainment, by and through its undersigned attorneys, respectfully moves to disqualify out-of-state counsel for Plaintiff, Richard P. Liebowitz, based on his inaccurate statements to the Court in response to the Court's show-cause Order entered on October 29, 2019 [D.E. 15].

In support of this motion, Defendant refers to and incorporates herein by reference its Memorandum of Law in Support of Defendant's Motion to Disqualify.

WHEREFORE, for the above reasons and those set forth in the Memorandum of Law in Support of Defendant's Motion to Disqualify, Defendant Mythical Entertainment respectfully requests that the Court disqualify Richard P. Liebowitz pursuant to Local Civil Rule 83.1(e).

Respectfully submitted this the 18th day of December, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina  27601
Phone: (919) 828-0564
Fax:    (919) 834-4564
Email: christhomas@parkerpoe.com
*Local 83.1 Counsel for Defendant*

Jordan Susman, Esq.
Henry Self, Esq.
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel. (424) 203-1600

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DEFENDANT'S MOTION TO DISQUALIFY RICHARD P. LIEBOWITZ** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to the following:

Albert P. Allan
Allan Law Firm PLLC
409 East Boulevard
Charlotte, NC 28203
alallan@allaniplitigation.com

Richard P. Liebowitz
Libowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@Liebowitzlawfrim.com
*Counsel for Plaintiff*

This the 18th day of December, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Fax: (919) 834-4564
Email: christhomas@parkerpoe.com
*Local 83.1 Counsel for Defendant*