# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:19-cv-00438-FL

| | |
|---|---|
| **ALESSANDRO MASI,** | : |
| Plaintiff, | : |
| vs. | : |
| **MYTHICAL ENTERTAINMENT** | : |
| Defendant. | : |

## ORDER DISQUALIFYING PLAINTIFF'S ATTORNEY RICHARD P. LIEBOWITZ

This matter is before the Court pursuant to its October 29, 2019 Order to Show Cause why Plaintiff's attorney Richard P. Liebowitz should not be disqualified from representing the plaintiff. It appears to the Court that Mr. Liebowitz has failed to demonstrate why he should not be disqualified under Local Rule 83.1(e), that there is good cause for him to be disqualified, and that plaintiff will not be prejudiced by this decision.

NOW, THEREFORE, it is hereby ordered that Richard P. Liebowitz is disqualified from representing the plaintiff in this matter.

SO ORDERED, this the ___ day of _____, _____.

_____
The Honorable Louise W. Flanagan
United States District Judge