IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-cv-00438-FL

ALESSANDRO MASI,

    Plaintiff,

vs.

MYTHICAL ENTERTAINMENT

    Defendant.

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISQUALIFY RICHARD P. LIEBOWITZ

Absent good cause, Local Civil Rule 83.1(e)(5) limits attorneys who are not members of the bar of this Court to make a special appearance in no more than three active unrelated cases at any one time or during any twelve-month period. *See id*. Plaintiff's attorney, Richard P. Liebowitz, should be disqualified from representing plaintiff in this case because he does not meet this standard,

On October 29, 2019, the Court ordered plaintiff's attorney, Richard P. Liebowitz, to show cause on or before November 13, 2019 why he should not be disqualified from representing plaintiff in this action, because his special appearance in this and five unrelated actions[1] violates Local Civil Rule 83.1(e)(5). [D.E. 15].

---

[1] *Sands v. Epicstream, LLC*, 5:19-CV-345-FL; *Beasley v. Caron Commc'ns Group, Inc.*, 5:19-CV-54-BO; *Martez v. Gryppers, Inc.*, 5:19-CV-140-BO; *Bradley v. Analytical Grammar, Inc.*, 5:19-CV-249-FL; *Adlife Mktg. & Commc'ns Co., Inc. v. Carlie C's Operation Ctr. Inc.,* 5:19-CV-405-BO.

On November 13, 2019, Mr. Liebowitz submitted a declaration (the "Declaration") under penalty of perjury in response to the order to show cause. [D.E. 16]. In the Declaration, Mr. Liebowitz stated that "there has been no showing of any lack of competency with respect to Mr. Liebowitz's ability to handle the six unrelated cases that have been filed in this District. Indeed, **only the *Masi* case and the *Bradley* case remain pending**." (Declaration, ¶7) (Emphasis added).

Mr. Liebowitz's statement was false at the time it was made and it remains false. As of this date, four of the six cases remain pending: (1) the current action, (2) *Beasley v. Caron Commc'ns Group, Inc.*, 5:19-CV-54-BO, (3) *Martez v. Gryppers, Inc.*, 5:19-CV-140-BO, and (4) *Bradley v. Analytical Grammar, Inc.*, 5:19-CV-249-FL.

Thus, Mr. Liebowitz submitted an inaccurate declaration to the Court in an effort to avoid disqualification in this action. It would be inconsistent with Rule 83.1(e)(5) to reward such conduct because the rule requires good cause shown to be admitted in more than three cases. Here counsel is showing good cause for him <u>not</u> to be permitted to represent plaintiff in violation of the Rule. Moreover, because Plaintiff is represented by local counsel, Plaintiff will not be prejudiced by Mr. Liebowitz's disqualification. Consequently, Defendant Mythical Entertainment respectfully requests that, at a minimum, Mr. Liebowitz be disqualified as counsel for plaintiff in the above-captioned action.

Respectfully submitted this the 18th day of December, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Fax:    (919) 834-4564
Email: christhomas@parkerpoe.com
*Local 83.1 Counsel for Defendant*


Jordan Susman, Esq.
Henry Self, Esq.
HARDER LLP
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel. (424) 203-1600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISQUALIFY RICHARD P. LIEBOWITZ** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed to the following:

Albert P. Allan
Allan Law Firm PLLC
409 East Boulevard
Charlotte, NC 28203
alallan@allaniplitigation.com

Richard P. Liebowitz
Libowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@Liebowitzlawfrim.com
*Counsel for Plaintiff*

This the 18th day of December, 2019.

/s/ Christopher M. Thomas
Christopher M. Thomas
N.C. Bar No. 31834
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Phone: (919) 828-0564
Fax:    (919) 834-4564
Email: christhomas@parkerpoe.com
*Local 83.1 Counsel for Defendant*