IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-438-FL

ALESSANDRO MASI,              )
                                      )
                                      )
                                      )
        v.                   )        **NOTICE OF SPECIAL APPEARANCE**
                                        )
MYTHICAL ENTERTAINMENT      )
                                        )
                                        )

Please take notice that the undersigned Jordan Susman hereby enters a notice of special appearance as counsel for Defendant Mythical Entertainment in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Christopher M. Thomas.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

                                       _/s/ Jordan Susman_
                                       Jordan Susman
                                       Nolan Heimann, LLP
                                       16133 Ventura Blvd. Ste. 820
                                       818-574-5710
                                       jsusman@nolanheimann.com
                                       CA Bar. No. 246116
                                       Attorney for Defendant

                                       _/s/ Christopher M. Thomas_
                                       Christopher M. Thomas
                                       PARKER POE ADAMS & BERNSTEIN LLP
                                       301 Fayetteville Street, Suite 1400
                                       Raleigh, North Carolina 27601
                                       919-828-0564
                                       Fax: 919-834-4564
                                       christhomas@parkerpoe.com
                                       NC Bar. No. 31834
                                       Local Civil Rule 83.1(d) Counsel for Defendant

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was

electronically filed on this day with the Clerk of Court using the CM/ECF system which will

automatically send notice of the same addressed to the following:

Albert P. Allan
Allan Law Firm PLLC
409 East Boulevard
Charlotte, NC 28203
alallan@allaniplitigation.com

Richard P. Liebowitz
Liebowitz Law Firm PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
rl@Liebowitzlawfirm.com
*Counsel for Plaintiff*

Christopher M. Thomas
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
christhomas@parkerpoe.com
*Local Rule 83.1 Counsel for Defendant*

This 13th day of January 2020.

*/s/ Jordan Susman*
Jordan Susman
CA State Bar No. 246116
jsusman@nolanheimann.com
NOLAN HEIMANN LLP
16133 Ventura Blvd., Suite 820
Encino, California 91436
Telephone: (818) 574-5710
Counsel for Defendant

2