IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-cv-438-FL

| | | |
|---|---|---|
| ALLESSANDRO MASI | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| MYTHICAL ENTERTAINMENT | ) | |

Please take notice that the undersigned Rebecca Rose Liebowitz hereby enters a notice of special appearance as counsel for Allessandro Masi in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Albert P. Allan.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

*Rebecca Liebowitz* (signature)
Rebecca Liebowitz
Liebowitz Law Firm, PLLC
11 Surnise Plaza, Ste. 305
516-233-1660
rebecca@liebowitzlawfirm.com
NY Bar. No. 5708300
*Attorney for Allessandro Masi*

---

Albert P. Allan
Allan Law Firm, PLLC
409 East Boulevard
Charlotte, NC 28203
704-371-5605
Fax: 704-372-7411

alallan@allaniplitigation.com

State Bar. No. number
*Local Civil Rule 83.1(d) Counsel for Allesandro Masi*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing NOTICE OF SPECIAL APPEARANCE by Rebecca Liebowitz has been served via CM/ECF on February 3, 2020, 2019 to all counsel of record:

Jordan D. Susman
Nolan Heimann LLP
16133 Ventura Blvd, Suite 820
Encino, CA 91436
818-574-5710
Email: jsusman@nolanheimann.com


Christopher M. Thomas
Parker Poe Adams & Bernstein LLP
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
919-828-0564
Fax: 919-834-4564
Email: christhomas@parkerpoe.com


                                          By: /albertpallan/
                                              Albert P. Allan Esq.
                                              Allan Law Firm, PLLC